JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID SHU, | No. CV 17-5393 PA (JEMx) |
|---|---|
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| MEGAN BRENNAN, POSTMASTER GENERAL OF THE UNITED STATES, | |
| Defendant. | |

In accordance with the Court's March 15, 2018, Minute Order dismissing this action with prejudice,

1. IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice;

2. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that defendant Megan Brennan, Postmaster General of the United States, shall have judgment in her favor;

3. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall take nothing.

DATED: March 15, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE